IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| DEFENDING EDUCATION, et al.,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>AUBREY C. SULLIVAN, Director, of the Colorado Civil Rights Division, in her official capacity, et al.,<br><br>Defendants-Appellees. | No. 26-1101<br>(D.C. No. 1:25-CV-1572-RMR-MDB)<br>(D. Colo.) |
| COMMITTEE OF FIVE, INC., d/b/a XX-XY Athletics.,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>AUBREY C. SULLIVAN, Director, of the Colorado Civil Rights Division, in her official capacity, et al.,<br><br>Defendants-Appellees. | No. 26-1103<br>(D.C. No. 1:25-CV-1668-RMR-MDB)<br>(D. Colo.) |
| DOXA ENTERPRISES, LTD., d/b/a Born Again Used Books.,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>AUBREY C. SULLIVAN, Director, of the Colorado Civil Rights Division, in her official capacity, et al.,<br><br>Defendants-Appellees. | No. 26-1104<br>(D.C. No. 1:25-CV-2177-RMR-MDB)<br>(D. Colo.) |

## APPELLEES' POSITION ON CONSOLIDATION

Defendants-Appellees Aubrey Sullivan and the Commissioners of the Colorado Civil Rights Commission and Attorney General Philip J. Weiser, by and through their attorneys, the Colorado Attorney General's Office, support the procedural consolidation of the three above-captioned appeals pursuant to this Court's April 20, 2026, Order.

1. All parties appear to agree to procedural consolidation. The three individual appeals each arise from the same preliminary injunction order, and the record on appeal is identical in all three cases.

2. Assuming procedural consolidation, and in the interests of judicial efficiency, Defendants-Appellees request to file a single consolidated response brief in all three cases. Defendants-Appellees further request the same number of words for this single consolidated brief that any of the Appellant(s) are granted for their opening briefs. In other words, if the Court permits XX-XY and Born Again Used Books Plaintiffs-Appellants to file a consolidated opening brief with 18,000 words, Defendants would be permitted to file a single consolidated response for all three cases totaling 18,000 words.

3. Defendants-Appellees further request a combined oral argument of 30 minutes per side, with the Plaintiffs-Appellants choosing how to split their time.

Respectfully submitted this 23rd day of April 2026.

PHILIP J. WEISER
Attorney General

*s/ Janna K. Fischer*
JANNA K. FISCHER*
Senior Assistant Attorney General
NORA Q.E. PASSAMANECK*
Senior Assistant Attorney General
HELEN NORTON*
Deputy Solicitor General
DOMINICK D. SCHUMACHER
Assistant Attorney General
Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
Email: janna.fischer@coag.gov
nora.passamaneck@coag.gov
helen.norton@coag.gov
dominick.schumacher@coag.gov
*Attorneys for Appellants Aubrey C. Sullivan, Sergio Cordova, Geta Asfaw, Mayuko Fieweger, Daniel S. Ward, Jade R. Kelly and Eric Artis*
*Counsel of Record

*s/ Lane Towery*
TALIA KRAEMER*

Senior Assistant Attorney General
LANE TOWERY*
Assistant Attorney General
Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
Email: talia.kraemer@coag.gov
lane.towery@coag.gov
*Attorneys for Appellant Attorney General Weiser, in his official capacity*
*Counsel of Record