## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

DEFENDING EDUCATION, ET AL.,

Plaintiffs – Appellants,

v.

AUBREY C. SULLIVAN, in her official capacity as the Director of the Colorado Civil Rights Division, *et al.*,

Defendants – Appellees.

COMMITTEE OF FIVE, INC., D/B/A XX-XY ATHLETICS,

Plaintiff – Appellant,

v.

AUBREY C. SULLIVAN, in her official capacity as the Director of the Colorado Civil Rights Division, *et al.*,

Defendants – Appellees.

DOXA ENTERPRISES, LTD., D/B/A BORN AGAIN USED BOOKS,

Plaintiff – Appellant,

v.

AUBREY C. SULLIVAN, in her official capacity as the Director of the Colorado Civil Rights Division, *et al.*,

Defendants – Appellees.

On Appeal from the United States District Court
for the District of Colorado,
Case Nos. 1:25-cv-01572; 1:25-cv-01668, 1:25-cv-02177 (Rodriguez, J.)

**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE
SOUTHEASTERN LEGAL FOUNDATION
IN SUPPORT OF PLAINTIFFS-APPELLANTS AND REVERSAL**

Kimberly S. Hermann
Jordan R. Miller
   *Counsel of Record*
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Rd., Ste. 104
Roswell, GA 30075
(770) 977-2131
khermann@southeasternlegal.org
jmiller@southeasternlegal.org

*Counsel for Amicus Curiae*

June 14, 2026

# CORPORATE DISCLOSURE STATEMENT AND
# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1, amicus Southeastern Legal Foundation is a Georgia nonprofit corporation. SLF does not have any parent companies, subsidiaries, or affiliates and does not issue any shares to the public.

Counsel also certifies that the following listed persons and entities have an interest in the outcome of this case and were not included in the Certificates of Interested Persons in any previously filed brief:

1. Kimberly S. Hermann, counsel to amicus Southeastern Legal Foundation
2. Jordan R. Miller, counsel to amicus Southeastern Legal Foundation
3. Southeastern Legal Foundation

**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE**

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and Tenth Circuit Rule 29, Southeastern Legal Foundation (SLF) respectfully moves for leave to file the accompanying amicus curiae brief in support of Appellants. Appellants have consented to the filing of this amicus curiae brief. Appellees did not respond to SLF's request for consent to file the accompanying brief. Accordingly, this motion for leave to file is necessary. *See* Fed. R. App. P. 29(a)(2).

Southeastern Legal Foundation, founded in 1976, is a national, nonprofit legal organization dedicated to defending liberty and rebuilding the American Republic. SLF has an abiding interest in the protection of our civil liberties, including the ability of individuals to operate their businesses free from state-imposed speech codes.

In filing this brief, amicus urges the Court to hold that the Unwelcome Clause, Colo. Rev. Stat. § 24-34-601(2)(a), and the Unwelcome Advertisement Clause, Colo. Rev. Stat. § 24-34-701(1)(c), violate the First Amendment by prohibiting speech that merely causes a listener to feel "unwelcome" or "undesirable" and by compelling speech. Amicus has a long history of representing and advocating for individuals whose speech is chilled, proscribed, and compelled by statute or government policy because of the offense the speech may cause to listeners. Accordingly, amicus has an interest in seeing this Court uphold precedent that the

First Amendment protects speech that merely offends a listener. *See Matal v. Tam*, 582 U.S. 218, 243 (2017) ("Giving offense is a viewpoint."); *Saxe v. State Coll. Area Sch. Dist.*, 240 F.3d 200, 217 (3d Cir. 2001) (Alito, J., authoring) (holding that government cannot restrict speech where "the speech is merely offensive to some listener").

Amicus further urges the Court to consider Colorado's history of unconstitutional enforcement of the Colorado Anti-Discrimination Act and similar laws that are at the intersection of core First Amendment rights and Colorado shielding of individuals identifying as LGBTQ+ from speech that may offend them. *See Chiles v. Salazar*, 146 S. Ct. 1010 (2026); *303 Creative LLC v. Elenis*, 600 U.S. 570 (2023); *Masterpiece Cakeshop, Ltd. v. Colo. Civ. Rights Comm'n*, 584 U.S. 617 (2018). This history supports Appellants' credible fear of prosecution if they violate the Unwelcome Clause and Unwelcome Advertisement Clause. Amicus, as part of its representation and advocacy on behalf individuals forced to chill their speech, has an interest in the faithful and forward-looking application of *Chiles*, *303 Creative*, and *Masterpiece Cakeshop*. Amicus also has an interest in this Court's credible threat determination relative to potential challenges to other Colorado laws restricting and/or compelling speech concerning gender identity and transgender issues.

For these reasons, SLF respectfully requests that this Court grant leave to participate as amicus curiae and to file the accompanying amicus curiae brief in support of Appellants.

/s/ Jordan R. Miller
Kimberly S. Hermann
Jordan R. Miller
    *Counsel of Record*
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Rd., Ste. 104
Roswell, GA 30075
(770) 977-2131
khermann@southeasternlegal.org
jmiller@southeasternlegal.org
*Counsel for Amicus Curae*
*Southeastern Legal Foundation*

June 14, 2026

# CERTIFICATE OF FILING AND SERVICE

On June 14, 2026, I filed this Motion for Leave to File Brief of Amicus Curiae on behalf of Southeastern Legal Foundation in Support of Plaintiffs-Appellants and Reversal using the CM/ECF System, which will send a Notice of Filing to all counsel of record.

June 14, 2026                                                    /s/ Jordan R. Miller