**CASE Nos. 26-1101, 26-1103, 26-1104**

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| DEFENDING EDUCATION, et al.,<br><br>    Plaintiffs-Appellants,<br><br>v.<br><br>AUBREY C. SULLIVAN, Director, of the Colorado Civil Rights Division, in her official capacity, et al.,<br><br>    Defendants-Appellees. | No. 26-1101<br>(D.C. No. 1:25-CV-01572-RMR-MDB)<br>(D. Colo.) |
| COMMITTEE OF FIVE, INC., d/b/a XX-XY Athletics,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>AUBREY C. SULLIVAN, Director, of the Colorado Civil Rights Division, in her official capacity, et al.,<br><br>    Defendants-Appellees. | No. 26-1103<br>(D.C. No. 1:25-CV-01668-RMR-MDB)<br>(D. Colo.) |
| DOXA ENTERPRISES, LTD, d/b/a Born Again Used Books, | No. 26-1104 |

|  | |
|---|---|
| Plaintiff-Appellant, | (D.C. No. 1:25-CV-02177-RMR-MDB) (D. Colo.) |
| v. | |
| AUBREY C. SULLIVAN, Director, of the Colorado Civil Rights Division, in her official capacity, et al., | |
| Defendants-Appellees. | |

## APPELLEES' RESPONSE TO MOTION TO FILE AMICUS BRIEF

Appellees file this response to the Motion for Leave to File Brief of Amicus Curiae Southeastern Legal Foundation as ordered by the Court on June 15, 2026.

1. Proposed Amicus Curiae Southeastern Legal Foundation filed a Motion for Leave to File Brief of Amicus Curiae on June 15, 2026. In that Motion, Southeastern Legal Foundation stated that it had not received a response from Appellees as to whether they consented to the Motion.

2. This Court subsequently ordered Appellees to respond to the Motion.

3. Although Southeastern Legal Foundation emailed Appellees

on June 3, 2026, that email was diverted by the Colorado Department of Law's spam filter and undersigned counsel was unaware of the email request until receiving the Court's Order of June 15.

4.    Appellees take no position on the Motion and will not file an opposition.

Dated: June 16, 2026.

Respectfully Submitted,

PHILIP J. WEISER
Attorney General

*s/ Janna K. Fischer*
JANNA K. FISCHER*
Senior Assistant Attorney General
NORA Q.E. PASSAMANECK*
Senior Assistant Attorney General
HELEN NORTON*
Deputy Solicitor General
DOMINICK D. SCHUMACHER
Assistant Attorney General
Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
Email: janna.fischer@coag.gov
        nora.passamaneck@coag.gov
        helen.norton@coag.gov
        dominick.schumacher@coag.gov
*Attorneys for Appellants Aubrey C. Sullivan, Sergio Cordova, Geta*

3

*Asfaw, Mayuko Fieweger, Daniel S. Ward, Jade R. Kelly and Eric Artis*
   *Counsel of Record



s/ Lane Towery
TALIA KRAEMER*
Senior Assistant Attorney General
LANE TOWERY*
Assistant Attorney General
Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
Email: talia.kraemer@coag.gov
       lane.towery@coag.gov
   *Attorneys for Appellant Attorney General Weiser, in his official capacity*
       *Counsel of Record

**CERTIFICATE OF COMPLIANCE**

This response complies with the type-volume limitations of Fed. R. App. P. 27(d) because it contains 138 words, excluding the parts of the response exempted by Fed. R. App. P. 32(f), as calculated by the word-counting function of Microsoft Word.

This response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this response has been prepared with proportionally spaced typeface—14-point Century Schoolbook—using Microsoft Word.

*s/Janna K. Fischer*
JANNA K. FISCHER

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2026, I electronically filed the

foregoing document with the Clerk of the Tenth Circuit Court of

Appeals using the CM/ECF system and served via the Tenth Circuit

CM/ECF on all counsel of record for the parties in this case.

*s/ Sarah Bomgardner*